UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HAMILTON, et al.,

    Plaintiffs,

vs.                                                      Case No. 01-CV-74698
                                                          (LOCAL CASE)

SUSAN HALL, et al.,                                      HON. AVERN COHN

    Defendants.
_____/

## ORDER

This is a civil rights case under 42 U.S.C. §§ 1983 and 1985 with pendent state claims. Before the Court is (1) Plaintiffs' Motion to Disqualify Counsel and for Other Relief, and (2) Motion to Quash Subpoena to Defendant Van Buren Township for Police Personnel File. For the reasons stated on the record at the hearing on February 15, 2007, the motions are DENIED.

    SO ORDERED.


Dated: February 16, 2007           s/Avern Cohn
                                             AVERN COHN
                                             UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, February 16, 2007, by electronic and/or ordinary mail.

                                                        s/Julie Owens
                                                        Case Manager, (313) 234-5160