UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HAMILTON, et al.,

    Plaintiffs,                                          Case No. 01-74698
                                                              Hon. Avern Cohn

vs.

SUSAN HALL, et al.,                                  **LOCAL CASE**

    Defendants.

_____

ORDER GRANTING MOTION FOR PROTECTIVE ORDER

Bobby Dean Martin having filed a Motion for Protective Order pursuant to F.R.Civ.P. 26, the Motion having been argued in open court on September 19, 2007 and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that Bobby Dean Martin, if deposed, may assert his Fifth Amendment privilege against self-incrimination and refuse to answer any question to which his answer could reasonably furnish a link in the chain of evidence against him in the state criminal case in which application for leave to appeal is currently pending before the Michigan Supreme Court.


Dated: September 20, 2007                         s/Avern Cohn
                                                         U.S. District Court Judge

[Type text]