UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HAMILTON, et al.,

    Plaintiffs,

vs.                                                            Case No. 01-CV-74698
(LOCAL CASE)

SUSAN HALL, et al.,                                HON. AVERN COHN

    Defendants.
_____/

## ORDER RE: MOTIONS

This is a civil rights case under 42 U.S.C. §§ 1983 and 1985 with pendent state claims. Before the Court are the following motions:

1.    Van Buren Defendants' Motion to Compel

2.    The Southgate Defendants' Motion to Compel the Continued Deposition of Edward Gardocki, in which the Inkster Defendants concur

3.    The Inkster Defendants' Motion for Summary Judgment

The motions were heard on September 19, 2007.

The Van Buren Defendants' motion to compel is GRANTED. Plaintiffs shall furnish a summary statement of attorney fees and litigation costs within one (1) week. The Van Buren Defendants may depose Hamilton on the information provided in the summary statement.

The Southgate Defendants' motion to compel is GRANTED. The Southgate Defendants and the Inkster Defendants shall have one (1) hour collectively in which to

depose Gardocki.

The Inkster Defendants' motion for summary judgment is HELD IN ABEYANCE. The Inkster Defendants shall file an amended statement of material facts not in dispute within fifteen (15) days in accordance with the Court's directive at the hearing. Plaintiffs shall have fifteen (15) days thereafter to respond. The parties are directed to the Court's Briefing Guidelines for assistance in preparation of the statement and response, available on-line at:

http://www.mied.uscourts.gov/Judges/guidelines/topic.cfm?topic_id=89

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 20, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160