UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN HAMILTON, JOHN HAMILTON
TRUSTEE OF THE JOHN L. HAMILTON RETAINED
ANNUITY TRUST, JOHN HAMILTON, JR.,
JEREMY HAMILTON, MICHAEL HAMILTON,
JO-BET, INC., d/b/a HENRY VIII SOUTH, THE
GARTER BELT, INC., d/b/a LEGG'S LOUNGE,
HAMILTON'S HENRY VIII SOUTH LOUNGE, INC., and
HAMILTON BOGART, INC., d/b/a BOGART'S JOINT,

    Plaintiffs,

v.                                                        Case No. 01-74698
                                                      **LOCAL CASE**

SUSAN HALL, LAWRENCE HALL, LAWRENCE LOKUTA,
and the CITY OF SOUTHGATE,
("The Southgate Defendants"),

MARC ABDILLA, BRYCE KELLEY, and the
TOWNSHIP OF VAN BUREN,
("The Van Buren Defendants"),

PAUL MARTIN, KENNETH BROWN, ANTHONY
ABDULLAH, and the CITY OF INKSTER,
("The Inkster Defendants"),

MICHAEL ONDEJKO, and the CITY OF ROMULUS,
("The Romulus Defendants"),

    Defendants.

_____/

## **ORDER**

This is a case under 42 U.S.C. § 1983. Plaintiffs sued various defendants claiming a violation of constitutional rights. The parties came before the Court on June

18, 2008 for a hearing on defendants' motions for summary judgment. This order memorializes Court's rulings at the hearing. It pertains only to the Local Case.

1. The Southgate Defendants and Plaintiffs indicated that they are close to a settlement. Accordingly, proceedings on the Southgate Defendants' Motion for Summary Judgment are STAYED.

2. Jeremy Hamilton and John Hamilton Jr. are DISMISSED as plaintiffs. The remaining plaintiffs are: John Hamilton, John Hamilton Trustee of the John L. Hamilton Retained Annuity Trust, Michael Hamilton, Jo-Bet, Inc., d/b/a Henry VIII South, The Garter Belt, Inc. d/b/a Legg's Lounge, Hamilton Henry VIII South Lounge, Inc., and Hamilton Bogart, Inc. d/b/a Bogart's Joint.

3. Plaintiffs' claim against the City of Inkster for violation of § 1983 is DISMISSED.

4. Plaintiffs shall file within twenty (20) days, a Statement of Material Facts, not to exceed twenty (20) paragraphs, detailing the factual assertions to show that there is a genuine issue of material fact as to their claims. Plaintiffs shall file a separate statement for each of the following groups of defendants: (1) the Van Buren Defendants, (2) the Inkster Defendants, and (3) the Romulus Defendants.

5. Plaintiffs shall file within twenty (20) days the freestanding exhibit(s) supporting John Hamilton's claim of improper prosecution under § 1983.

6. The Van Buren Defendants shall file within twenty (20) days a list of all the cases, state and federal, which fall within the penumbra of this dispute, including a brief description as to the nature of the case and its ultimate disposition.

7. Plaintiffs shall also file within twenty (20) days a proposed verdict form, separating the claims against each of the groups of defendants.

8. Any objections to this order shall be filed within five (5) days.

SO ORDERED.

Dated: June 19, 2008          s/Avern Cohn
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE