UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HAMILTON, et al,

       Plaintiffs,                     Case No. 01-74698

v.                                    HONORABLE AVERN COHN

CITY OF ROMULUS and MICHAEL ONDEJKO,

and

VAN BUREN TOWNSHIP, MARC ABDILLA, BRYCE KELLEY, and JOHN DOE ENFORCEMENT OFFICERS,

       Defendants.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered and filed on August 18, 2009, judgment is entered in favor of the defendants' and the case is DISMISSED as to the above named defendants only.

DAVID WEAVER

Dated: August 21, 2009        By: s/Julie Owens
                                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 21, 2009, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                 Case Manager, (313) 234-5160