UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JO-BET, INC., GARTER BELT, INC.,
HAMILTON'S HENRY THE VIII LOUNGE,
HAMILTON'S BOGART, INC., JOHN
HAMILTON, JOHN HAMILTON, JR.,
JEREMY HAMILTON, MICHAEL HAMILTON,
JOHN L. HAMILTON RETAINED ANNUITY    Case No. 01-CV-74698
TRUST,
                                     HONORABLE AVERN COHN
            Plaintiffs,

v.

CITY OF INKSTER, PAUL MARTIN, KENNETH
BROWN, and ANTONY ABDULLAH,

            Defendants.
_____/

## ORDER AMENDING AUGUST 26, 2009, MEMORANDUM AND ORDER

On August 26, 2009, the Court issued a memorandum and order in which it, among other things, dismissed the City of Inkster as a defendant and granted summary judgment in favor of Martin, Brown, and Abdullah.  On page 3 of the memorandum and order, the paragraph beginning "Now before the Court," the Court erroneously stated that it will be grating summary judgment in favor of Martin and Brown "in part."  This paragraph is AMENDED to read as follows:

"Now before the Court is the Inkster Defendants' Motion for Summary Judgment. For the reasons that follow, the motion will be granted."

SO ORDERED.

Dated:  August 27, 2009          s/ Avern Cohn
                                 AVERN COHN
                                 UNITED STATES DISTRICT JUDGE

1

**01-74698 Hamilton, et al v. City of Inkster, et al**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 27, 2009, by electronic and/or ordinary mail.

                         S/Julie Owens
                         Case Manager, (313) 234-5160